NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROOSEVELT CALDWELL, DC #051910,   )
   )
      Appellant,   )
   )
v.   )   CASE NO: 2D18-4815
   )
STATE OF FLORIDA,   )
   )
      Appellee.   )
   )

Opinion filed August 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County, Peter F. Estrada, Judge.

Roosevelt Caldwell, pro se.


PER CURIAM.


      Affirmed.


CASANUEVA, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.